**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROGER JOHNSON (# 59930)**                                                           **PLAINTIFF**

**v.**                                                             **No. 4:08CV23-P-A**

**CASE MANAGER DORSEY, ET AL.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 3rd day of April, 2008.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE